= Mayo 1 - 2015 =

Re: STATE OF Texas v. Carlos Aguilar
Cause Number 1326283D/02-14-00119-CR

El motivo de esta carta, solo es para pedir informacion y preguntarles: ¿Que puedo hacer?, ¿Quien me puede ayudar? ¿A quien devo dirigirme?: Pues solo quiero que me quiten lo agravado o que reduscan mi condena, "no se que hacer". Por favor ayudenme y en pocas palabras y si se puede en "espanol", pues no se ablar, leer, ni escrivir en ingles. Dios les bendiga y tenga misericordia de nosotros. - ¡AMEN!

Nota. (Tal ves sea mejor quedarme aqui, pues alla afuera en Mexico, no tengo nada.)

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

= Muchos gracias =

FILED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk